UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRIC OF NORTH CAROLINA
SOUTHERN DIVISION

No. 4:15-MJ-1103-RJ

IN THE MATTER OF THE SEARCH )
OF FORENSIC IMAGES OF )
COMPUTER HARD DRIVES FROM THE )
M/V OCEAN HOPE CURRENTLY )      ORDER
LOCATED AT COAST GUARD )
INVESTIGATIVE SERVICE )
OFFICES, ELIZABETH CITY )

This matter comes before the Court by motion of the Government to unseal the search and seizure warrant, as well as the application and affidavit in support of the warrant, in the above-captioned matter. As a ground for the motion to unseal, the Government represents that unsealing of the warrant as well as the application and affidavit is necessary to allow the government to fulfill its discovery obligations in related criminal prosecutions. Having duly considered the motion, and for good cause shown, the Court hereby GRANTS the motion. The Clerk is DIRECTED to unseal the search warrant application and affidavit at D.E. _1_ and the search and seizure warrant at D.E. _2_. The Clerk is further DIRECTED to unseal this matter and all other documents filed herein.

SO ORDERED this the ___9___ day of __February__, 2016.

_____
ROBERT B. JONES, JR.
United States Magistrate Judge